UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STEPHANI MARIE STEINBECK REEVES | CIV. ACTION NO. 3:21-CV-01097 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAYLA D. MCCLUSKY |

# J U D G M E N T

The Report and Recommendation [Doc. No. 13] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 8th day of September 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE